■ JAMES GNERRE, Respondent, v. KENT DEVELOPMENT CO., INC., et al., Appellants, et al., Defendant.— The respective attorneys for the parties to these appeals from two orders of the Supreme Court, Westchester County, dated February 24, 1974 and July 1, 1974, respectively, have entered into a written stipulation, dated February 20, 1975, at a conference in this court on that day, *inter alia,* agreeing that the appeals are withdrawn. In accordance with the stipulation (1) the appeals are deemed withdrawn, without costs; (2) all pending actions between the parties are to be consolidated and shall be tried together; (3) the parties are to proceed to trial promptly; and (4) pretrial examinations of the parties shall proceed but not within the period of 10 days before trial. Gulotta, P. J., Rabin, Hopkins, Martuscello and Benjamin, JJ., concur.